UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA

In re                                                    Case No. 07-80161-WRS
                                                         Chapter 13
MARCUS L. BURTON
SILVA L. BURTON,

        Debtors

SILVA BURTON,

        Plaintiff                                        Adv. Pro. No. 08-8009-WRS

    v.

AMERICAN GENERAL FINANCIAL
SERVICES OF ALABAMA INC.,

        Defendant

## MEMORANDUM DECISION

On April 3, 2008, Plaintiff Silva Burton filed this Adversary Proceeding predicated on the theory that Defendant American General Financial Services of Alabama, Inc., violated the co-debtor stay when it foreclosed its mortgage. In addition, Burton sought declaratory relief under several theories, all to the effect that the mortgage was wrongfully foreclosed. Subsequent to the filing of the complaint in this Adversary Proceeding, American General filed a motion for relief from the co-debtor stay in the Burton's underlying bankruptcy case. Case No. 07-80161. On November 20, 2008, the Court heard evidence on the motion. At the conclusion of the hearing the Court made oral findings of fact and conclusions of law and granted American General Relief from the co-debtor stay. (Case No. 07-80161, Doc. 79).

To the extent that Burton's complaint relies upon a violation of the co-debtor stay, it is DISMISSED, WITH PREJUDICE. However, Burton also alleges State law claims which are not dependent upon the existence of a violation of the co-debtor stay. The State law claims are dismissed on the grounds that this Court lacks subject matter jurisdiction. Thus, Burton is free to pursue his State law claims in State Court if he chooses to do so. In other words, it is not intended that this dismissal is dispositive of the State law claims.

Done this 6th day of February, 2009.

/s/ William R. Sawyer
United States Bankruptcy Judge

c: Harvey B. Campbell Jr., Attorney for Plaintiff
John D. Collins, Attorney for Defendant